IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DELTA AIRLINES, INC. as sponsor and fiduciary of the DELTA ACCOUNT-BASED HEALTHCARE PLAN,<br><br>Plaintiff,<br><br>v.<br><br>TANYA PRADD f/k/a TANYA DAVIS And MONGE & ASSOCIATES,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:13-CV-00220-SCJ |

## DECLARATION OF SCOTT MONGE, ESQ.

I, SCOTT MONGE, ESQ., pursuant to 28 U.S.C. § 1746, depose and declare as follows:

1. I am over the age of 21 years and am competent to give this Declaration, based upon my personal knowledge, for use in connection with the above-captioned action.

2. I am an attorney at the law firm of Monge & Associates, P.C.

3. I was and always have been the registered agent for Monge & Associates, P.C.

4. I never received service in this civil action.

5. I never waived service in this civil action.

10406045v1

6.  I never authorized Aaron Michelman to accept service on behalf of Monge & Associates, P.C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2013.

_____
Scott Monge Esq.